In the Matter of GEORGE PERPENTE, Appellant, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ELWOOD R. RIGBY, Principal, Defendant. CONTINENTAL CASUALTY COMPANY, Surety, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

T. G. BENTON, Respondent, v. MARIAN S. BUCKLEY, Individually and as Administratrix of the Estate of HARRY H. STOOPS, Deceased, et al., Appellants. T. G. BENTON, Respondent, v. NAT M. KAHN, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to appear generally within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 769.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE COHEN, Appellant, against WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between J. CHARLES SCHWARTZ et al., Respondents, and ANNA LEVENS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Will of THOMAS F. RYAN, Deceased. GEORGE E. CLEARY et al., as Executors of CLENDENIN J. RYAN, Deceased, Appellants-Respondents; UNITED STATES OF AMERICA, Appellant-Respondent; GUARANTY TRUST COMPANY OF NEW YORK, as Trustee for the Benefit of Clendenin J. Ryan under the Will of THOMAS F. RYAN, Deceased, Respondent; and CLENDENIN J. RYAN, JR., et al., Respondents-Appellants.— Decree, so far as appealed from, affirmed, with costs to the respondent, Guaranty Trust Company of New York, as trustee, et cetera, payable out of the trust funds. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse on the ground that the trustee has no right of setoff; further, that the stock dividends are to be treated as principal in accordance with section 17-a of the Personal Property Law, there being no provision in the will to the contrary. [178 Misc. 1029.]

GEORGE HARRIS, INC., Respondent, v. SAMUEL ALPER, Appellant.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 769.]

MIRIAM GORSCHEN, Respondent, v. IVAN-REEN REALTY CORPORATION, Appellant, et al., Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

In the Matter of BENJAMIN L. GREENBERG (Also Known as BENJAMIN LIPPMAN GREENBERG), an Attorney.— Motion for reargument or for leave to appeal to the Court of Appeals denied. [See *ante*, p. 530.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.; Callahan, J., taking no part.